JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| WALTER SCOTT CLISSOLD, an individual; KATHY CLISSOLD, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>FIAT CHRYSLER US LLC ("FCA-US"); RIVER LODGE RESORT, LLC; SUNSHINE RESORTS, LLC and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 5:17−cv−00192 BRO (DTBx)<br><br>[Assigned to: Hon. Beverly Reid O'Connell, District Judge]<br><br>**ORDER RE STIPULATION TO STRIKE PUNITIVE DAMAGES AND REMAND ACTION TO STATE COURT**<br><br>Trial Date:       None |

Based on the stipulation of counsel and good cause appearing therefore:

IT IS HEREBY ORDERED that Plaintiffs' claim for punitive damages against FCA US LLC is hereby stricken with prejudice and Plaintiffs are barred from reasserting any claim for punitive damages against FCA US LLC, whether in state or federal court, in connection with the transactions and occurrences alleged in the complaint.

IT IS FURTHER ORDERED that once the Court enters this Order striking the punitive damages claim against FCA US LLC with prejudice, the matter is remanded to the state court.

IT IS SO ORDERED.

Dated: February 8, 2017

_____
U.S. DISTRICT COURT JUDGE